Re: Cause Number F-1254141-y

Joseph L. Nash
TDCJ-ID #1947991
Dick Ware Unit
1681 S FM 3525
Colorado City Tx 79512

83,937-01

Date September 16 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

Clerk Abel Acosta
Supreme Court Room 106
201 W 14th St 78701-1445
P.O. Box 12308
Austin Tx 78711-2308

Dear Abel Acosta

    Enclosed please find Joseph L Nash motion : Plaintiffs Original Application for Writ of Mandamus trying to obtain my transcript, pretrial documents statement of fact and court records. I have filed a motion of pauperis on March 11th 2015. I never received a response from the courts on my documents.

    Please file this and bring it to the attention of the court Your assistance in this matter greatly appreciated

Joseph L Nash
Sincerely,

Joseph L. Nash

vs.

The State of Texas

Cause No. F-1254141-Y

§
§
§
§
§
§
§

In the 7th Judicial

District Court of
Dallas County Texas

A.       Plaintiff's Original Application For Writ of Mandamus

To the honorable judge of said court:

Come now Joseph L. Nash, Relator pro-se in the above styled and numbered cause of action and file this original application for Writ Mandamus pursuant to Article 2052 and 2066 of Vernons Texas Civil Statute rule 127 of the Texas rules of practice in District and county courts. Art. 40.09 et seq of the Texas code of criminal Procedure. The privacy Act. 5. U.S.C.A. 552(b) and the Texas open records Act. Art 6252-17(a) U.T.C.S and case cited infra

B. Relator                                I.

1.01    Joseph L. Nash, TDCJ #1947991 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro-se who can be located at 1681 S F.M 3525 Colorado City Texas 79512. Mitchell county.

1.02  Relator is exhausting his remedies and seek relief from this court for the states failure to provide court records

1.03  The act sought to be compelled is ministerial not discretionary in nature. Jurisdiction of this court is involved pursuant to Article 2052 and 2066 of Vernons Texas Civil statues rule 127 of the Texas rules of practice in District and county courts. Art 40.09 et seq of the Texas code of criminal procedure. The privacy Act. 5 U.S.C.A. 552(b) and the Texas open record Act 6252-17(a) v.TCS and case cited infra

This motion is presented in good faith, so that the defendant may obtain photostatic copies of all documents and trial record to aid and assist him in the preparation for an appeal to a higher court of his conviction imposed by this court. The defendant is entitled to redress by habeas Corpus relief that which is essential for him to research the documents and trial records of the above mentioned cause number

II.

Relator cause to have file with this district court clerk motion to obtain documents and trial record in forma pauperis on March 11th 2015 a subsequent motion was filed on May 17, 2015 which included the

declaration of inability to pay cost. On June 5th 2015 I received a fee schedule for the requested documents and trial records. The defendant avers that he is a pauper, without funds, properties or securities with which to pay for the requested document and trial records for the fees that the district clerk and court reporter is asking. Therefore said documents and trial records for the fees that the district clerk and reporter is asking. Therefore, said document and trial records should be afforded at no cost to the defendant in order that he may construct an appeal. In support of these claims the defendant cites the following cases.

Smith vs. Bennett 365. US. 708. 815 ct. 895 6L Ed2d. 39 (1961)
Lane vs Brown 372 US. 477. 835 ct 78. 9L Ed2d 892 (1963)
Griffin vs Illinois 351. US 12. 76 S ct 585. 100L Ed2d 891 (1956)
Long vs. District Court of Iowa 385 US. 192 575 ct 362 17L Ed2d 420 (1966)
Mayer vs. chicago. 404 US 189. 92 S ct. 410 30L Ed2d 372 (1971)
Gardner vs. California 393. US. 370. 895 ct 582 21L Ed2d. 601 (1969)

## III

The supreme Court held that the states are required to establish avenues of appellant review, but it is now fundamental that established these avenues must be kept from unreasonable distinction that can impede and they must open and give equal access to the courts defendant contends that if denied photostatic copies of the document and records this is there being denied the right to appeal. Said denial would be a violation of the fourteenth (14th) amendment of the United constitution. To impose any financial conditions between an indigent prisoner of the state and his exercise of a state right to sue for his liberty is to deny that prisoner the equal protection of the law.

In the case of Lane vs. Brown supra the court reaffirmed the fundamental principles of Griffin vs illinois. supra which states the following... destitute defendants must be afforded as adequate appellate review as defendant who may have money enough to buy transcripts"

In the case of Lane vs. Brown supra the court went on to observe that Smith vs. Bennett supra stated ... and established that these principles were not to be limited to direct appeals from criminal convictions"

In Gardner vs. California supra the following is stated... "a layman acting in his own defense or on his own behalf needs the court records even more than an attorney acting on his behalf would"

## IV

Defendant contends that his need of the records entitles him to same, he futher avers that said documents and records must be obtained to prove his allegations to the trial court as well as the higher courts defendant contends that constitutional rights have been violated and he cannot pursue his appeal due to the lack of his trial court record and an essential documents

## V

Defendant is fully entitled to the documents and records sought here in which are essential in the preparation of his appeal by way of Habeas Corpus application. Therefore, defendant would show this court which records and documents he knows to be essential and to which he is entitled by law

1.) Statement of fact / Court reporters records for all pretrial Hearing
2.) Witnesses and witness statement
3.) Indictment
4.) Change of the court (guilt or innocent)
5.) State's exhibits
6.) Defendants notice of appeal
7.) Copies
8.) Sobpeona's
9.) Notice of disposition
10.) Application for subpeona in district court
11.) final arguments on punishment
12.) order
13.) final argument on guilt
14.) Motion files on defendant behalf
15.) Motion files by D.A
16.) All of the above

Said transcripts are in the possession of the court reporter of and for the district Court #7 Dallas county Texas or in the files of the district Clerk Felicia Pitre. The clerk must be assumed be the state in this regard under the jurisdiction.

Wherefore premises considered, the defendant prays this honorable court will grant the relief sought there in

In the alternative defendant reserves the right to apply for the Writ of Mandamus in the Texas court of Criminal Appeals.

Date September 16. 2015

Respectfully Submitted
Pro-Se

## Certificate of Service

I Joseph L Nash TDCS #1947991 hereby Certifey that a true copy of the above and listed cause number original Plaintiffs Original Application for Writ of Mandamus was serve on the 16th day, month of September year of 2015

# Declaration of Inability to pay Cost

The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6 Chapter 132 of the Civil Practice and Remedies Code

Now respectfully comes Joseph L Nash TDCJ #947991 and declares that I am unable to pay the court cost in this civil action and requests leave of the court to proceed in forma pauperis. The defendant avers that he is a pauper, without funds, properties or securities with which to pay for the requested documents and trial record. For the fees that the District Clerk and court reporter is asking. Therefore said documents and trial records for the fees that the district clerk and court reporter is asking should be afforded at no cost to the defendant in order that he may construct an appeal. In support of these claims the defendant show the following

1.) I am presently incarcerated in the Dick Ware Unit of the Texas Department of Criminal Justice Correctional Institutions division where I am not permitted to earn or handle money.

2.) I have no source of income or spousal income.

3.) I currently have __0__ credited to me in the Inmate Trust fund.

4.) During my incarceration in the Texas Department of Criminal Justice Correctional Institution Division I have received approximately __0__ per month as gifts from relative and friends

5.) I neither own nor have an interest in any realty, stock, bonds or bank account and I receive no interest or dividend income from any source.

6.) I have __1__ dependents

7.) I have total debts of approximately $29,000

8.) I owe $12,441 and restitution

9.) My monthly expenses are approximately

I Joseph L Nash TDCJ #947991, being presently incarcerated in the __Dick Ware__ Unit of the Texas Department of Criminal Justice-Correctional Institutions Division in Mitchell county, Texas verify and declare under penalty of perjury that the foregoing statement are true and correct

Executed on this the 16th day of September 2015

Joseph L Nash
TDCJ-In #947991
Dick Ware Unit
1681 S FM 3525
Colorado City Tx 79512

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/16/15
DW33/PJ00097              IN-FORMA-PAUPERIS DATA                 08:52:08
TDCJ#: 01947991 SID#: 06037972 LOCATION: WARE TRANSFER   INDIGENT DTE: 09/11/14
NAME: NASH,JOSEPH LEMAUNT                 BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS: 01214316
CURRENT BAL.:       0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      0.00
6MTH DEP:           0.00 6MTH AVG BAL.:       0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15       0.00          0.00         05/15       0.00          0.00
07/15       0.00          0.00         04/15       0.00          0.00
06/15       0.00          0.00         03/15       0.00          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Mitchell_
ON THIS THE _16th_ DAY OF _September_, '15 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1--HELP PF3--END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

_Janie Ruth Peek COIV_
_D/W L.L Officer_
_9/16/15_

JANIE RUTH PEEK
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 6, 2017
NOTARY WITHOUT BOND
NOTARY PUBLIC STATE OF TEXAS

# Unsworn Declaration

My name is <u>Joseph L Nash</u> my date of birth is <u>August 1st 1983</u> and my inmate identifying number is <u>#1947991</u>. I am presently incarcerated in <u>Dick Ware Unit</u> in <u>Colorado City</u>, <u>Mitchell</u> <u>Texas</u> <u>79512</u>. I declare under penalty
(City) (County) (State) (Zip Code)

of perjury that the foregoing is true and correct.

Executed on the <u>16th</u> day of <u>September</u>, 2015

<u>Joseph Nash</u>
(Offender Signature)